EDD BLACK, *Plaintiff in Error*, vs. STATE OF FLORIDA, *Defendant in Error*.

142 So. 599.

En Banc.

Opinion filed June 16, 1932.

Petition for rehearing denied July 5, 1932.

*W. P. Chavous,* for Plaintiff in Error;

*Cary D. Landis,* Attorney General, and *Roy Campbell,* Assistant, for the State.

PER CURIAM.—In this cause Mr. Chief Justice Buford, Mr. Justice Brown and Mr. Justice Davis are of opinion that the judgment of the Circuit Court should be reversed, while Mr. Justice Whitfield, Mr. Justice Ellis and Mr. Justice Terrell are of opinion that said judgment should be affirmed. When the members of the Supreme Court, sitting six members in a body and after full consultation, it appears that the members of the Court are permanently and equally divided in opinion as to whether the judgment should be affirmed or reversed, and there is no prospect of an immediate change in the personnel of the Court, the judgment should be affirmed; therefore it is considered, ordered and adjudged under the authority of State ex rel. Hampton v. McClung, 47 Fla. 224, 37 So. R. 51, that the judgment of the Circuit Court in this cause be and the same is hereby affirmed.

Affirmed.

Buford, C.J., and Whitfield, Ellis, Terrell, Brown and Davis, J.J., concur.